IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TOMANGO KELLET                                                        PLAINTIFF


v.                                      Civil No. 4:18-cv-04066


SHERIFF JACKIE RUNION, *et al.*                                      DEFENDANT


## ORDER

Before the Court is the Report and Recommendation filed June 13, 2018, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No.

4.  Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without

prejudice for failure to comply with the Court's Local Rules and orders, as well as for failure to

prosecute this case.  No party has filed objections to the Report and Recommendation, and the

time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report

and Recommendation *in toto*.  Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT**

**PREJUDICE**.

        **IT IS SO ORDERED**, this 3rd day of July, 2018.


                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge